IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAIL BEREOLA,

    Plaintiff,

v.

BARRY KAMI,

    Defendant.

_____/

No. C 04-04955 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by July 27, 2005, if possible.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated:  July 5, 2005

        /s/ Jeffrey S. White
        JEFFREY S. WHITE
        UNITED STATES DISTRICT JUDGE

cc: Wings Hom