```
PAUL L. REIN, Esq.    (SBN 43053)
PATRICIA BARBOSA, Esq.  (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001
FAX (510) 832-4787
Attorneys for Plaintiff:
GAIL BEREOLA

ARTHUR W. CURLEY, Esq. (SBN 60902)
MARK R. GIBSON, Esq. (SBN 212222)
BRADELY, CURELY, ASIANO, BARRABEE, & CRAWFORD, P.C.
(415) 464-8888
FAX(415) 464-8887

Attorneys for Defendants:
BARRY KAMI, as an individual
and dba BARRY KAMI, DDS;
FRANK T. AND MIYOKO KAMI TRUST
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL BEREOLA | Case No. C04-4955 JSW |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND PRE-TRIAL DATES AND OTHER CASE DEADLINES** |
| BARRY KAMI, as an individual and dba BARRY KAMI, DDS; FRANK T. AND MIYOKO KAMI TRUST; and DOES 1-25, Inclusive, | Current Trial Date: May 1, 2006<br>Proposed Trial Date: Nov. 6, 2006 |
| Defendants. | |

Plaintiff GAIL BEREOLA and defendants BARRY KAMI, as an individual and dba BARRY KAMI, DDS; FRANK T. AND MIYOKO KAMI TRUST, by and through counsel, hereby jointly stipulate and request that the Court grant a short continuance of the scheduled pretrial and discovery deadlines and trial date of

---

**Stipulation to Continue Trial Dates: Case No. C04-4955 JSW**   1

1 | May 1, 2006, based on the following good cause:
2 |    1. Plaintiff filed her action seeking renovations to
3 | defendants' facilities at the Kami Dental Office in Berkeley,
4 | California to improve disabled access, as well as seeking
5 | damages and attorney's fees, litigation expenses, and costs.
6 | The Court referred the parties to a settlement conference with
7 | Magistrate Judge James Larson. At Judge Larson's urging, the
8 | parties exchanged information to resolve plaintiff's claims for
9 | injunctive relief, and withheld formal discovery during
10 | settlement discussions. Magistrate Judge Larson conducted two
11 | settlement conferences with the parties, which have now
12 | resulted in an agreement for significant access improvements at
13 | the subject premises.
14 |    2. On November 21, 2005, the parties submitted a Consent
15 | Decree for approval and signature of the Court to memorialize the
16 | injunctive relief settlement between the parties. This Consent
17 | Decree and Order was entered by the Court on November 22, 2005.
18 |    3. The parties are now ready to begin negotiating
19 | plaintiff's claims for damages and attorney fees. Magistrate
20 | Judge Larson is willing to continue working with the parties to
21 | negotiate a settlement of the monetary issues if possible, and
22 | has set a further settlement conference date of February 10,
23 | 2006, the earliest date available on his calendar which was also
24 | available for the parties.
25 |    4. The current cut-off date for ADR efforts and for all
26 | discovery is January 27, 2006, prior to the settlement conference
27 | with Judge Larson. The current deadline for hearings on
28 | dispositive motions is February 24, 2006, meaning that any such

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Trial Dates: Case No. C04-4955 JSW**

2

s:\jm\cases\k\kami dental office\pleadings\stip to continue trial dates.doc

1 motions would have to be filed <u>before</u> the next settlement
2 conference with Judge Larson. This would result in a significant
3 expenditure of attorney time and resources preparing discovery
4 and motions, as well as Court time in considering those motions,
5 which may be obviated by the settlement conference on February
6 10.
7     5. If the parties are not able to resolve plaintiff's
8 monetary claims, the parties will need time to conduct full
9 discovery and prepare dispositive motions. However, conducting
10 such discovery and motions at this time would significantly
11 increase the cost of the case without increasing the likelihood
12 of settling the case at this time.
13     6. The parties have been working diligently to resolve all
14 issues to arrive at an agreement, and have withheld discovery as
15 a good faith gesture while working with Magistrate Judge Larson
16 to negotiate a settlement of the access improvements. The
17 parties therefore jointly request that the court grant a
18 continuance of six months for all discovery deadlines, pretrial
19 and trial dates to allow the parties an opportunity to negotiate
20 resolution of plaintiff's remaining monetary claims, before
21 launching into full discovery and motion practice.
22
23 **NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:
24     1) That the trial be continued from May 1, 2006, to
25 November 6, 2006, and that all pre-trial dates, including
26 discovery cut-off deadlines and dispositive motion hearing
27 deadlines, be continued for six months from their current
28 dates.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Trial Dates: Case No. C04-4955 JSW**     3

s:\jm\cases\k\kami dental office\pleadings\stip to continue trial dates.doc

```
 1  SO STIPULATED:

 2

 3  Dated: December 13, 2005         PAUL L. REIN
                                     PATRICIA BARBOSA
 4                                   JULIE A. MCLEAN
                                     LAW OFFICES OF PAUL L. REIN
 5

 6
                                     /s/ Julie McLean
 7                                   Attorneys for Plaintiff
                                     GAIL BEREOLA
 8

 9  Dated: December 13, 2005         ARTHUR W. CURLEY
                                     MARK R. GIBSON
10                                   BRADLEY, CURLEY, ASIANO, BARRABEE
                                     & CRAWFORD, P.C.
11

12
                                     /s/ Mark Gibson
13                                   Attorneys for Defendants
                                     BARRY KAMI, as an individual and
14                                   dba BARRY KAMI, DDS; FRANK T. AND
                                     MIYOKO KAMI TRUST
15

16
```

**ORDER**

**IT IS SO ORDERED.**

The the trial in this matter is continued to from May 1, 2006 to November 13, 2006, and all pre-trial dates, including discovery cut-off deadlines and dispositive motion hearing deadlines, are continued for six months from their current dates. Dispositive motions hearing set for August 25, 2006 at 9:00 a.m.; pre-trial conference set for October 23, 2006 at 2:00 p.m.; trial to commence on November 13, 2006 at 8:30 a.m.

Dated: December 14, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Trial Dates: Case No. C04-4955 JSW**       4

s:\jm\cases\k\kami dental office\pleadings\stip to continue trial dates.doc