FREDERICK W. BRADLEY
ARTHUR W. CURLEY
ANN M. ASIANO
STEVEN D. BARRABEE
DANIEL J. CRAWFORD*
ADAM S. ABEL
ERIC A. GALE
MICHAEL KOWALSKI, D.D.S.
ROBERT W. MARCHI
CHRISTOPHER E. ARRAS
DAVID J. STREZA
MARK R. GIBSON
GREGORY M. MACDONALD
ANDREW J. LAUTENBACH

* ALSO ADMITTED IN COLORADO

*Of Counsel*
BERNADETTE M. BANTLY
JOSEPH LAVITT

# BRADLEY, CURLEY, ASIANO BARRABEE & CRAWFORD

– A PROFESSIONAL CORPORATION –

1100 LARKSPUR LANDING CIRCLE
SUITE 200
LARKSPUR, CA 94939

TELEPHONE (415) 464-8888
FACSIMILE (415) 464-8887
WWW.PROFESSIONALS-LAW.COM

REPLY TO:
▶ LARKSPUR

March 2, 2006

SAN FRANCISCO
One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

SACRAMENTO
980 Ninth Street
Sixteenth Floor
Sacramento, CA 95814

NEWPORT BEACH
5000 Birch Street
Suite 3000, West Tower
Newport Beach, CA 92660

DENVER, COLORADO
16 Market Square Center
1400 16th Street, Suite 400
Denver, CO 80202

Chief Magistrate Judge James Larson
United States District Court - Northern District
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

*IT IS SO ORDERED*
*Judge James Larson*

Re: *Bereola v. Kami*
Case No: C-04-4955 JSW
Our File: 6637-TDIC

Dear Judge Larson:

    This will confirm that the parties have agreed to a date for a further settlement conference in the above-referenced matter of **May 17, 2006 at 2:00 p.m.**

Very truly yours,

**MARK R. GIBSON**

MRG/kah

H:\Docs\TDIC\6637\L\judge larson 3 2 06.wpd