PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel (510) 832-5001
Fax (510) 832-4787

Attorneys for Plaintiff:
GAIL BEREOLA

ARTHUR W. CURLEY, Esq. (SBN 60902)
MARK R. GIBSON, Esq. (SBN 212222)
BRADELY, CURELY, ASIANO, BARRABEE, & CRAWFORD, P.C.
Tel (415) 464-8888
Fax (415) 464-8887

Attorneys for Defendants:
BARRY KAMI, as an individual
and dba BARRY KAMI, DDS;
FRANK T. AND MIYOKO KAMI TRUST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GAIL BEREOLA

Plaintiff,

v.

BARRY KAMI, as an individual and dba
BARRY KAMI, DDS; FRANK T. AND
MIYOKO KAMI TRUST; and DOES 1-
25, Inclusive,

Defendants.

Case No. C04-4955 JSW

Civil Rights

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The agreement as to injunctive relief has been memorialized in a separate Consent Decree and Order which was signed by the

Stipulation for Dismissal: Case No.
C04-4955 JSW

1

1 | Court on November 22, 2005.

2 |     2.     By the terms of the Consent Decree and Order, the Court has retained continuing jurisdiction to enforce the injunctive relief terms.

    The parties therefore agree that, subject to the court's continuing jurisdiction under the Consent Decree and Order, the action shall be dismissed with prejudice.

SO STIPULATED:

Dated: August 8, 2006

PAUL L. REIN
PATRICIA BARBOSA
JULIE A. MCLEAN
LAW OFFICES OF PAUL L. REIN

*/s/ Julie McLean*

Attorneys for Plaintiff
GAIL BEREOLA

Dated: August 8, 2006

ARTHUR W. CURLEY
MARK R. GIBSON
BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.

Attorneys for Defendants
BARRY KAMI, as an individual and dba BARRY KAMI, DDS; FRANK T. AND MIYOKO KAMI TRUST

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**. The Court will retain jurisdiction to enforce the Consent Decree and Order, and the action is hereby dismissed.

Dated: August 9, 2006

*/s/ Jeffrey S. White*

Honorable Jeffrey S. White
United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation for Dismissal: Case No.
C04-4955 JSW

2